**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-6604**

_____

ERIC B. SAUB,

          Plaintiff - Appellant,

     v.

GEORGETT PHILLIPS, Commonwealth Attorney, Individually and Officially; THOMAS POTTER, Individually and Officially; KRIS COUGHLIN, Individually and Officially; KATRINA EVERETT, Individually and Officially; MATT VAN WASSEN, Individually and Officially; MARK MARSHALL, Sheriff, Individually and Officially; ISLE OF WIGHT COUNTY VIRGINIA; STEVEN EDWARDS, Deputy Commonwealth Attorney, Individually and Officially; C.B. NURNEY, Individually and Officially; BABATUNDE STOKES, Assistant Medical Examiner, Individually and Officially; SAMUEL PERFETTI, Individually and Officially; C. TRUMBLE, Magistrate; Individually and Officially; ELIZABETH C. STAHLMAN, Magistrate; Individually and in his or her Official Capacity; MANDY L. OWENS, Magistrate, Individually and Officially; APPLE; FACEBOOK; CELLCO PARTNERSHIP, d/b/a Verizon Wireless; REGUS; W. PARKER COUNCIL, Judge, Individually and Officially; JOHN F. DAFFRON, JR., Judge, Individually and Officially; SEAN DOLAN, Chief Magistrate, Individually and Officially; FRED JACKSON, Region 8 Magistrate Supervisor, Individually and Officially,

          Defendants - Appellees,

     and

DR. ROB ROBINSON, Medical Examiner, Individually and in his official capacity; CITY OF HAMPTON VIRGINIA; JOHN DOE, Detective, Individually and in their official capacities; WILLIAM DARDEN, Detective, Individually and in their official capacities; JEFFREY LAWRANCE, Detective, Individually and in their official capacities; MICHAEL HENZEY, in his capacity as assistant commonwealth Attorney; DETECTIVE CORPORAL RHODY, Hampton Police Department; Individually and in his Official Capacity

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:16-cv-00414-JAG-RCY)

Submitted: September 21, 2017                    Decided: October 18, 2017

Before GREGORY, Chief Judge, and MOTZ and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric B. Saub, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric B. Saub appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Saub v. Phillips*, No. 3:16-cv-00414-JAG-RCY (E.D. Va. May 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*